Alon Darvish (SBN 231257)
**Law Offices of Alon Darvish**
9454 Wilshire Blvd., Penthouse Floor
Beverly Hills, CA 90212
(310) 486-3464 Telephone
(310) 496-0171 Fax

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>The Disciplinary Proceeding<br><br>of Alon Darvish, | Case No:   2:19-mp-00109-BB<br><br>DECLARATION OF ALON DARVISH<br><br>Date:   June 18, 2020<br>Time:   11:00<br>Place:   255 E. Temple Street<br>            Courtroom 1645<br>            Los Angeles, CA 90012 |

I, ALON DARVISH, declare and state as follows:

1. I am an attorney licensed by the State Bar of California, SBN 231257. If called upon to testify, I will affirm the truth of all statements herein and below.

2. I am writing this declaration as a supplement to the consent to discipline that has been filed before this Court.

3. I am requesting that this Court and the United States Trustees Office allow me sufficient time to wind down the bankruptcy files that I have before me. There are files that are currently active filed cases before this United States Bankruptcy Court – Central District which will take time before my clients receive their discharges. There are also bankruptcy petitions that

-1-

1  have not yet been filed with the Bankruptcy Court but shall be within the next 45 to 60 days.

2  Those cases that have not yet been filed are the following:

Paul and Julie Charles
Julian & Autumn Bernal
Chris Michalovic
Alejandro & Beatriz Rangel
Janelle Duguay
Diego Verduzco
Brian & Daniela Redd
Antonio and Gabriella Buller
Richard Razo
Alan Anguiano
Elvia Basantes
Rosana Wilson
Luciano Gutierrez
Gustavo Gonzalez
Juan Torres
Rick and Cynthia Reiff
Juan Chavez
Mario Alvarez and Jasmine Alvarez
Antoine Ward
Stacey Ambriz
Jack Warvie Patricia and Lyle Wroan
Yolanda Rodrigues Cedrea White Ivan Grigorov Olivia Alcaraz Zenaida Doucett Jonnine Wright
Rosa Robles
Kaci Ray Adams
Audrey Hazel Ruiz Kelly Knox
Elvira Hernandez Kwan Ward
Sergio and Diana Cazares
Nikki McQueen
Jerry Rangel
Raul Figueroa
Evangeline and Omar Khattab
Eriberto Cosio
Quinn and Dora Miller
Sabel Studzinski
Susan Hurst

4. As the Court is aware, I am undergoing disciplinary proceedings with the California State Bar at this time. No decisions or resolution has been made as of yet. However, it is my understanding that any resolution or decision being made requires the signature of the

-2-

DECLARATION OF ALON DARVISH

California Supreme Court which takes approximately 4 to 5 months, which will allow me the time to wind down my law practice.

5. I am currently winding down my practice and I am not taking on any additional cases so that there will be a smooth transition. That is why I ask this Court to graciously afford me approximately 4 months from the time an Order is entered to resolve the cases that I am currently am handling.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 6/16/20 at Beverly Hills, CA.

Alon Darvish

-3-

DECLARATION OF ALON DARVISH